[883 NE2d 355, 853 NYS2d 530]

LEHMAN BROTHERS, INC., Respondent, v RODNEY T. COX, Appellant.

Decided February 14, 2008

### APPEARANCES OF COUNSEL

*Law Offices of Isaac M. Zucker, PLLC,* Garden City (*Barry M. Bordetsky* of counsel), for appellant.

*Alonso, Andalkar & Kahn, P.C.,* New York City (*Erin E. Mac Avoy* of counsel), for respondent.

### OPINION OF THE COURT

On review of submissions pursuant to section 500.11 of the Rules of the Court of Appeals (22 NYCRR 500.11), order reversed, with costs, petition denied in its entirety and respondent's cross motion, insofar as it sought to confirm the arbitrator's award to him of $48,000, granted. Petitioner Lehman Brothers failed to meet its heavy burden to vacate the arbitration award on respondent Cox's counterclaim.

Concur: Chief Judge KAYE and Judges CIPARICK, GRAFFEO, READ, SMITH, PIGOTT and JONES.